**WO**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Diane Wilson,<br><br>            Plaintiff,<br><br>     v.<br>Jo Anne B. Barnhart,<br>Commissioner, Social Security<br>Administration,<br><br>            Defendant. | CIV-05-1334-PCT-SMM<br><br>**ORDER** |

The Court, having considered Defendant's Motion for Enlargement of Time Within Which to File A Response to Plaintiff's Motion for Summary Judgment (First Request) (dkt. 20) and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion for Enlargement of Time Within Which to File A Response to Plaintiff's Motion for Summary Judgment (First Request). (Dkt. 20.)

**IT IS FURTHER ORDERED** that Defendant shall have until November 20, 2006 to respond to Plaintiff's Motion for Summary Judgment.

DATED this 2nd day of October, 2006.

_____
Stephen M. McNamee
United States District Judge