**WO**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Carol Diane Wilson,<br><br>            Plaintiff,<br><br>      v.<br>Jo Anne B. Barnhart,<br>Commissioner, Social Security<br>Administration,<br><br>            Defendant. | CIV-05-1334-PCT-SMM<br><br>**ORDER** |

The Court, having considered the parties' Stipulation to Extend the Time for Plaintiff to File a Reply in Support of her Motion for Summary Judgment (dkt. 26) and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation to Extend the Time for Plaintiff to File a Reply in Support of her Motion for Summary Judgment. Dkt. 26.

**IT IS FURTHER ORDERED** that Plaintiff shall have until December 12, 2006 to file a Reply in Support of her Motion for Summary Judgment.

DATED this 7th day of December, 2006.

_____
Stephen M. McNamee
United States District Judge